IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | ` **I N F O R M A T I O N** |
| v. | Case No. _____ |
| NATHANIEL THOMAS SMITH | Violations:  18 U.S.C. §§ 1951, 2312 |

COUNT ONE

**Interference With Commerce by Robbery**

The United States Attorney Charges:

On or about September 8, 2025, in the District of North Dakota,

NATHANIEL THOMAS SMITH

did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect,

commerce as that term is defined in Title 18, United States Code, Section 1951, and the

movement of articles and commodities in such commerce, by robbery as that term is

defined in Title 18, United States Code, Section 1951, in that the defendant did

unlawfully take and obtain personal property, and attempt to unlawfully take and obtain

personal property, consisting of a motor vehicle and trailer, from the person of and in the

presence of employees of Snow & Lawn Dynamics, with a principal address located in

Fargo, North Dakota, a business entity engaged in interstate commerce, against its

employees' will by means of actual and threatened force, violence, and fear of injury,

immediate and future, to their person;

In violation of Title 18, United States Code, Section 1951.

## COUNT TWO

**Interstate Transportation of Stolen Motor Vehicle**

The United States Attorney Further Charges:

On or about August 29, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a white

2013 GMC Sierra with Minnesota license plate "LCH540" from the State of Minnesota

to the State of North Dakota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

<u>COUNT THREE</u>

**Interstate Transportation of Stolen Motor Vehicle**

The United States Attorney Further Charges:

In or about September 1, 2025 to September 5, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a blue 2006 Dodge Ram with Minnesota license plate "SFD302" from the State of Minnesota to the State of North Dakota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

## COUNT FOUR

### Interstate Transportation of Stolen Motor Vehicle

The United States Attorney Further Charges:

In or about September 2, 2025 to September 5, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a red 2003 Chevy Silverado with Minnesota license plate "FVM526" from the State of Minnesota to the State of North Dakota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

## COUNT FIVE

### Interstate Transportation of Stolen Motor Vehicle

The United States Attorney Further Charges:

In or about September 7, 2025 to September 8, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a black 2019 Chevy Silverado with North Dakota license plate "567CPW" from the State of Minnesota to the State of North Dakota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

## COUNT SIX

**Interstate Transportation of Stolen Motor Vehicle**

The United States Attorney Further Charges:

In or about September 8, 2025 to September 9, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a gray 2024 Ford Maverick with North Dakota license plate "826EIM" from the State of North Dakota to the State of Minnesota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

## COUNT SEVEN

### Interstate Transportation of Stolen Motor Vehicle

The United States Attorney Further Charges:

In or about September 9, 2025 to September 11, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a white 2014 Chrysler Town & Country Van with North Dakota license plate "270EIC" from the State of North Dakota to the State of Minnesota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

## COUNT EIGHT

### Interstate Transportation of Stolen Motor Vehicle

The United States Attorney Further Charges:

In or about September 9, 2025 to September 11, 2025, in the Districts of North Dakota and Minnesota,

NATHANIEL THOMAS SMITH

did unlawfully transport in interstate commerce a stolen motor vehicle, that is, a white 2020 Kenworth Semi Tractor Truck (commercial motor vehicle) with Minnesota license plate "TU32028" from the State of Minnesota to the State of North Dakota, knowing the same to be stolen;

In violation of Title 18, United States Code, Section 2312.

NICHOLAS W. CHASE
· United States Attorney

RML/th