IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>     v.<br><br>NATHANIEL THOMAS SMITH<br><br>        Defendant. | Case No. 3:25-cr-277<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS** |

The undersigned attorney hereby applies to the Court for the issuance of a ***Writ of Habeas Corpus*** Ad Prosequendum.

Name of detainee:   Nathaniel Thomas Smith
Detained at (custodian) Cass County Jail 450 34th St. S., Fargo, ND 58103
Detainee is charged in this District by Information.
Detainee will return to the custody of detaining facility upon termination of proceedings.

Appearance is necessary at the Federal Courthouse in Fargo, North Dakota, on January 29, 2026, for the purpose of Change of Plea.

Attorney Signature:                    /s/  Richard M. Lee
Printed Name and Telephone Number:     RICHARD M. LEE, 701-297-7400
Dated: January 26, 2026                Attorney of Record for the United States

### *WRIT OF HABEAS CORPUS  AD PROSEQUENDUM*

The above application is **GRANTED** and the above-named custodian, as well as the United States Marshal for this District, or any other duly-sworn federal officer or agent, are hereby **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Dated: 1/26/2026            */s/ Alice R. Senechal*
                            Magistrate Judge Alice R. Senechal
                            United States District Court

☐   Upon order of the Court, the named detainee has been returned to the original custodian pending further proceedings as ordered by this Court.

### RETURN OF SERVICE

_____  By: _____   _____
Date Executed          Printed Name                  Signature